UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| SUNOCO PARTNERS MARKETING & TERMINALS L.P., | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | No. 15 C 8178 |
| U.S. VENTURE, INC., U.S. OIL, and TECHNICS, INC., | ) ) ) ) | Judge Rebecca R. Pallmeyer |
| Defendants. | ) | |

## ORDER

For reasons set forth explained in an opinion to be issued before October 5, Plaintiff Sunoco's motion for partial summary judgment [354] is granted. Defendant U.S. Venture's cross motion for partial summary judgment [363] is granted in part, insofar as Venture's systems using Venture's own software and Technics' "Not First Pass" software do not infringe claim 1 of the '671 patent. The motion is otherwise denied.

Defendants' motion to seal certain documents designated as confidential under the terms of the protective order [406] is granted. As both parties have cited the testimony of Norman Goddard on source code issues, Defendants' motion to exclude that testimony [272] is stricken as moot. Defendants' motion to bifurcate and motion to strike the expert disclosure of Rick Rys are trial motions whose disposition may be affected by the court's summary judgment rulings. Accordingly, those motions [268, 377] are stricken without prejudice.

ENTER:

Dated: September 30, 2018

_____
REBECCA R. PALLMEYER
United States District Judge